UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:07CR22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | FINAL |
| CARMELLA SUCCESS HARDING | ) | ORDER OF FORFEITURE |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's motion for a final order of forfeiture.

On June 20, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the Defendant's plea of guilty to Count One in the Bill of Indictment charging her with wire fraud and aiding and abetting that offense in violation of 18 U.S.C. §§ 1343 and 2.

On July 17, 24, and 31, 2007, the United States published in the *Asheville Citizen-Times*, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**.

**IT IS FURTHER ORDERED** that in accordance with Rule 32.2(c)(2), the Preliminary

1

Order of Forfeiture is confirmed as final. All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**Gateway 9310xl computer, serial number 0035192910**,

**Gateway ATXSTF 933 computer, serial number 0021622609**

Signed: December 27, 2007

Lacy H. Thornburg
United States District Judge